GEARY v. PERSIAN RUG MANUFACTORY.

(Supreme Court, Appellate Division, First Department. December 29, 1911.)

Appeal from Trial Term, New York County.

Action by Mary Geary, an infant, against the Persian Rug Manufactory. From a judgment for plaintiff, and from an order denying defendant's motion for new trial, it appeals. Affirmed.

Argued before INGRAHAM, P. J., and CLARKE, McLAUGHLIN, SCOTT, and DOWLING, JJ.

Edward J. Redington, for appellant.
Joseph W. Middlebrook, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J. (dissenting). I dissent, upon the ground that the last instruction to the jury on the subject of negligence, charging the plaintiff's first and second requests, left out the provision of the statute which requires that the person for whose negligence the defendant shall be responsible must be a person in the service of the employer intrusted with and exercising superintendence, whose sole or principal duty is that of superintendence; that this was error, to which the defendant excepted; and for this reason I think there should be a new trial.